UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  
John D Fleming and Bobbie J Fleming

Debtor(s)

BK No.: 15-22023

Chapter: 13

Honorable Jack Schmetterer

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTORS' MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtors' plan is modified post-confirmation by increasing the plan payment to $390 a month starting February 2019 until the end of the plan and the increase in payments shall not increase the plan base and to defer the current default to the end of the plan.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: January 09, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600